UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee for Morgan Stanley ABS Capital I Inc. Trust
2006-HE-8 Mortgage Pass Through Certificates, Series
2006-HE8,

                              Plaintiff,         **NOTICE OF APPEARANCE**
                                                                    Civil Action No. 25-cv-03724

        -against-

JESUS DE LOS SANTOS a/k/a JESUS MARIA DE LOS
SANTOS a/k/a JESUS MARIA DE LOS SANTO, M-913
AUTO CORP. a/k/a M913 AUTO CORP., et al.,
                              Respondent.
------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that the New York State Workers' Compensation Board (hereinafter "Board") files this Notice of Appearance as a party in interest in the above captioned New York Real Property Actions and Proceedings Law § 1301 et. seq. mortgage foreclosure action and hereby requests service of all papers served in this proceeding, upon:

                Stephanie Henry, Associate Attorney
                New York State Workers' Compensation Board
                Attn:  Litigation Unit
                328 State Street, 2nd Floor
                Schenectady, New York 12305
                Direct Dial:  (518) 402-6137
                Email:  stephanie.henry@wcb.ny.gov

      **PLEASE ALSO TAKE NOTICE** that the Board has a judgment lien in the amount of Thirty Thousand Five Hundred Dollars ($30,500) dated April 8, 2021 upon which a balance remains due and owing.  Following any sale authorized by this action and to the extent that there are surplus funds available after the satisfaction of secured creditors, the funds should be paid in whole or in part to the Board to be applied towards the satisfaction of the Board's judgment.

Respectfully submitted,

NYS Workers' Compensation Board

By: _____
Stephanie Henry, Esq.
Associate Attorney, Litigation Unit
328 State Street, 2nd Floor
Schenectady, New York 12305
Direct Dial: 518-402-6137
Email: stephanie.henry@wcb.ny.gov

To: Jaime C. Krapf, Esq. (VIA ECF)
McCabe, Weisberg & Conway LLC
One Huntington Quadrangle, Suite 4N25
Melville, NY 11747