
**GT GreenbergTraurig**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2026

Ryan Sirianni
Tel 212.801.6789
Fax 212.801.9289
Ryan.Sirianni@gtlaw.com

February 4, 2026

# MEMO ENDORSED

**BY ECF**
Hon. Barbara Moses
United States District Court, Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   *Deutsche Bank National Trust Company v. De Los Santos, et al.*
      No. 1:25-CV-03724-JPO
      Request to Adjourn Settlement Conference

Dear Judge Moses:

My firm is counsel for plaintiff Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE8 Mortgage Passthrough Certificates, Series 2006-HE8 ("Plaintiff"). Pursuant to the Order Scheduling Settlement Conference dated January 6, 2026 (Dkt. No. 36; the "Scheduling Order"), a settlement conference is scheduled for February 12, 2026, at 2:15 p.m.

Plaintiff writes to request, on consent of the appearing defendants, that the settlement conference be adjourned to **April 6 or 9, 2026**. Pursuant to Paragraph 6 of the Scheduling Order, I called the Court this morning, and was advised that the Court is available on these dates. As I stated on the call, the reason for Plaintiff's request is that its lead counsel, Leah Jacob, has had to take an unplanned medical leave.

I am available at the Court's convenience should it have any questions.

Respectfully submitted,

*Ryan Sirianni*

Ryan Sirianni

cc (by ECF): All parties of record

Application GRANTED. The settlement conference previously scheduled for February 12, 2026, is hereby ADJOURNED to **April 9, 2026, at 2:15 p.m.**, in Courtroom 20A, 500 Pearl Street, New York, NY 10007. The parties must submit their Confidential Settlement Letters and Acknowledgment Forms (see Dkt. 36, ¶ 3, 4), no later than **April 2, 2026**. All other provisions of the Court's January 6, 2026 Order Scheduling Settlement Conference (Dkt. 36) remain in effect. SO ORDERED.

*Barbara Moses*

Barbara Moses
United States Magistrate Judge
February 5, 2026

Greenberg Traurig, LLP | Attorneys at Law
900 Stewart Avenue | Garden City, New York 11530 | T +1 516.629.9600 | F +1 516.706.8666

www.gtlaw.com