

Ryan Sirianni
Tel 212.801.6789
Fax 212.801.9289
Ryan.Sirianni@gtlaw.com

March 31, 2026

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/2/2026
```

**MEMO ENDORSED**

**BY ECF**
Hon. Barbara Moses
United States District Court, Southern District of New York
500 Pearl St.
New York, NY 10007

Re:    *Deutsche Bank National Trust Company v. De Los Santos, et al.*
       No. 1:25-CV-03724-JPO
       <u>Request to Adjourn Settlement Conference</u>

Dear Judge Moses:

My firm is counsel for plaintiff Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE8 Mortgage Passthrough Certificates, Series 2006-HE8 ("Plaintiff"). Pursuant to the Order Scheduling Settlement Conference dated January 6, 2026 (Dkt. No. 36) and the Order dated February 5, 2026 (Dkt. No. 39), a settlement conference is currently scheduled for April 9, 2026, at 2:15 p.m.

Plaintiff writes to request, on consent of the appearing defendants, that the settlement conference be adjourned to **<u>June 22, 23, 24, or 25, 2026</u>**, or to a date thereafter that is convenient to the Court.

The reason for the request is as follows. This is an action to foreclose on a mortgage. That mortgage is currently serviced by PHH Mortgage Corporation ("PHH Mortgage"). Practically, any settlement of this matter that could be potentially reached (for example, by a modification of the loan secured by the mortgage to cure the default and bring the loan current) would need to be negotiated and approved by the current mortgage loan servicer, PHH Mortgage, a representative of which would be attending the April 9 conference on behalf of Plaintiff. The terms of any potential loan modification would include the making of three monthly "trial payments" which, if completed, would make the mortgage loan eligible for permanent modification and thus settle this action.

However, the servicer of the mortgage loan is scheduled to change to a different entity on or about May 16, 2026. Given that logistically, any potential loan modification (and thus settlement of this action) would very likely be finalized *after* May 16, that new mortgage servicer would need to approve its terms. Since it is unknown whether the new servicer would approve any terms negotiated before May 16, holding a settlement conference at any time before May 16 would not be fruitful, and, respectfully, not a good use of the Court's time and resources.

**Greenberg Traurig, LLP | Attorneys at Law**

900 Stewart Avenue  |  Garden City, New York 11530  |  T +1 516.629.9600  |  F +1 516.706.8666

www.gtlaw.com

March 31, 2026
Page 2

     Plaintiff thus respectfully requests, on consent, that the settlement conference be adjourned to June 22, 23, 24, or 25, 2026, or thereafter, so that a representative of the new mortgage loan servicer can schedule their attendance and appear at the conference.

     The parties are available at the Court's convenience should it have any questions.

Respectfully submitted,

*Ryan Sirianni*

Ryan Sirianni

cc (by ECF): All parties of record

Application GRANTED. The settlement conference previously scheduled for April 9, 2026, is hereby ADJOURNED to **June 24, 2026, at 2:15 p.m.,** in Courtroom 20A, 500 Pearl Street, New York, NY 10007. The parties must submit their Confidential Settlement Letters and Acknowledgment Forms (see Dkt. 36, ¶ 3, 4), no later than **June 17, 2026**. All other provisions of the Court's January 6, 2026 Order Scheduling Settlement Conference (Dk.t 36) remain in effect. SO ORDERED.

Barbara Moses
United States Magistrate Judge
April 2, 2026