**GT** GreenbergTraurig

# MEMO ENDORSED

Adam P. Hartley
Tel 212.801.9251
hartleya@gtlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/23/2026_

June 23, 2026

*BY ECF*

The Honorable Barbara Moses
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Application GRANTED. The settlement conference previously scheduled for June 24, 2026, is hereby ADJOURNED to **July 15, 2026, at 2:15 p.m.**, in Courtroom 20A, 500 Pearl Street, New York, NY 10007. The parties must submit their Confidential Settlement Letters and Acknowledgment Forms (*see* Dkt. 36, ¶ 3, 4), no later than **July 8, 2026**. All other provisions of the Court's January 6, 2026 Order Scheduling Settlement Conference (Dkt. 36) remain in effect. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
June 23, 2026

Re:     *Deutsche Bank National Trust Company, et al. v. Jesus De Los Santos, et al.*
        **Case No.: 1:25-cv-03724-JPO; Request to Adjourn Conference**

Dear Judge Moses:

My firm is counsel for plaintiff Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE8 Mortgage Passthrough Certificates, Series 2006-HE8 ("Plaintiff"). Pursuant to the Order Scheduling Settlement Conference dated January 6, 2026 (Dkt. No. 36) and the Orders dated February 5, 2026 and April 2, 2026 (Dkt. Nos. 39, 44), respectively, an adjourned settlement conference is currently scheduled for June 24, 2026, at 2:15 p.m.

Plaintiff writes to request, on consent of the appearing defendant M-913 Auto Corp., that the settlement conference be adjourned to **July 15th, 22th, or 29th**, or to a date thereafter that is convenient to the Court. This is the final adjournment request.

The reason for the request is as follows. This is an action to foreclose on a mortgage. The mortgage loan was previously serviced by PHH Mortgage Corporation ("PHH Mortgage") until its transfer to a new loan servicer, Newrez, on May 18, 2026. In this regard, the last April 9, 2026 settlement conference was adjourned to June 24, 2026 to allow the time for the loan service transfer. Specifically, the parties were discussing the terms of a potential trial payment plan for modification which was difficult to finalize due to pending transfer. However, final terms were not reached.

The parties are renewing loss mitigation discussions post-transfer wherein the new loan servicer requires the completion of a loss mitigation packet that Defendant M-913 Auto Corp. has agreed to complete. As a result, as opposed to appearing tomorrow to advise the Court that a loss mitigation packet is being completed, the parties would request the Court to adjourn the conference to allow for its completion and review before the next conference.

GREENBERG TRAURIG, P.A. ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
One Vanderbilt Avenue New York, New York 10017 ■ Tel: 212.801.9251 ■ hartleya@gtlaw.com

ACTIVE 725440476v1

Page 2

Plaintiff thus respectfully requests, on consent, that the settlement conference be adjourned to the aforementioned July dates, or thereafter, to allow for the completion of the applicable loss mitigation application for the new servicer.

The parties are available at the Court's convenience should it have any questions.

Very truly yours,

/s/ *Adam P. Hartley*

Adam P. Hartley

cc (by ECF): All parties of record

GREENBERG TRAURIG, LLP  ■  ATTORNEYS AT LAW  ■  WWW.GTLAW.COM
One Vanderbilt Avenue New York, New York 10017 ■ Tel: 212.801.9251

ACTIVE 725440476v1