USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 09/30/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEUTSCHE BANK NATIONAL TRUST COMPANY,

Plaintiff,

-against-

JESUS DE LOS SANTOS, et al.,

Defendants.

25-CV-3724 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On July 15, 2026, after attorney David Broderick and his designated client representative failed to appear for the in-person settlement conference scheduled for that day, I adjourned the conference to October 6, 2026. 7/15/26 Order (Dkt. 56.) I also ordered that: "[n]o later than September 29, 2026, after conducting additional good-faith settlement discussions, the parties must submit updated confidential settlement letters and acknowledgment forms to chambers via email." *Id.* (citing Settlement Conference Scheduling Order (Dkt. 46) ¶¶ 2-4).

The parties have thus far failed to comply with the 7/15/26 Order. No later than **October 5, 2026** at **12:00 p.m.**, the parties must conduct a further good-faith settlement discussion and submit updated confidential settlement letters and acknowledgement forms to chambers via email.

All other provisions of the Settlement Conference Scheduling Order remain in effect.

Dated: New York, NY
September 30, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**