GT GreenbergTraurig

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/01/26

Leah N. Jacob
Tel 212.801.2169
leah.jacob@gtlaw.com

September 30, 2026

**MEMO ENDORSED**

***BY ECF***

The Honorable Barbara Moses
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:** ***Deutsche Bank National Trust Company, et al. v. Jesus De Los Santos, et al.***
**Case No.: 1:25-cv-03724-JPO; Request to Adjourn October 6 Settlement Conference**

Dear Judge Moses:

My firm represents plaintiff Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE8 Mortgage Pass-Through Certificates, Series 2006-HE8 ("Plaintiff"). A settlement conference is scheduled for October 6, 2026, at 2:15 p.m. The undersigned is also in receipt of this Court's Order dated September 30, 2026. Docket No. 60.

The parties jointly request that the settlement conference scheduled for October 6, 2026 be adjourned for at least thirty (30) days, to a date convenient for the Court.

Two grounds support the request. First, the parties continue to engage in good-faith settlement discussions and consider potential loss-mitigation options for the subject loan. Without disclosing the substance of those discussions, the parties are exploring a transfer of title back to the borrower that would allow a loan modification review to proceed.

Second, defense counsel has advised the undersigned that a personal matter prevents him from appearing at the October 6 conference.

This request is made in good faith and not for purposes of delay. The parties are available at the Court's convenience should it have any questions.

Very truly yours,

/s/ *Leah N. Jacob*

Leah N. Jacob

Application GRANTED. The settlement conference currently scheduled for October 6, 2026 is ADJOURNED to **November 10, 2026** at **2:15 p.m.** No later than **November 3, 2026**, after conducting additional good-faith settlement discussions, the parties must submit updated confidential settlement letters and acknowledgment forms to chambers via email. *See* Settlement Conference Scheduling Order (Dkt. 46) ¶¶ 2-4.

**Barbara Moses**
**United States Magistrate Judge**
**October 1, 2026**